James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street Suite, 380
Sacramento, CA 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047
Email:   gmessing@cbmlaw.com
           jhenderson@cbmlaw.com

Attorneys for Plaintiff,
EDANGEL FUENTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EDANGEL FUENTEZ, | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| COUNTY OF FRESNO, | [Violation of Fair Labor Standards Act. U.S.C. section 201 *et seq.*] |
| Defendant. | |

Plaintiff EDANGEL FUENTEZ ("Plaintiff"), as and for his Complaint against Defendant COUNTY OF FRESNO ("Defendant") alleges and avers as follows:

1. At various times from August 7, 2004 to present, Plaintiff EDANGEL FUENTEZ was employed by Defendant COUNTY OF FRESNO as a deputy sheriff holding sworn status pursuant to California Penal Code section 832.7.

2. Plaintiff was originally an opt-in Plaintiff in the action entitled *Juan Espinoza, et al. v. County of Fresno*, United States District Court for the Eastern District of California action no. 1:07-CV-01145-OWW-SMS filed on August 7, 2007. Plaintiff was ordered dismissed from the case by Order of the Court dated March 25, 2013 and is timely filing this action pursuant to that Order tolling statutes of limitation to permit the filing of this action.

3. Defendant COUNTY OF FRESNO, at all times pertinent herein, was organized under the laws of the State of California.

4. Jurisdiction is conferred upon this court by 28 U.S.C. §1331, 29 U.S.C. §216(b).

5. Defendant COUNTY OF FRESNO is, and at all times material hereto was, a public agency within the meaning of Section 3(x) of the FLSA 29 U.S.C. §203(x).

6. Defendant COUNTY OF FRESNO is, and at all times hereby was, engaged in related activities performed through unified operation or common control for a common business purpose in conjunction with the activities of a public agency. Defendant County of Fresno is, and at all times material hereto was, an enterprise within the meaning of Section 3(r) of the FLSA 29 U.S.C. §203(r).

7. Defendant COUNTY OF FRESNO has, and at times material hereto had engaged in commerce or in the production of goods for commerce, or had employees handling, selling, or otherwise working on goods or materials such as motor vehicles, petroleum products, food, and weapons that have been moved or produced for commerce. Defendant COUNTY OF FRESNO is, and at all times material hereto was, an enterprise engaged in commerce or the production of goods for commerce within the meaning of Section 3(s) of the FLSA 29 U.S.C. §203(s).

8. Defendant COUNTY OF FRESNO has failed to compensate Plaintiff for the time spent performing work for or on behalf of Defendant including, but not limited to, required firearms qualification and the cleaning and maintenance of required uniforms, safety gear and firearms, that are integral and indispensable to the primary duties of law enforcement required of Plaintiff.

9. Defendant COUNTY OF FRESNO has willfully violated, and is willfully violating the overtime compensation requirements of the FLSA, 29 U.S.C. §207, by employing Plaintiff in an enterprise engaged in commerce or in the production of goods for commerce, for work weeks longer than the applicable maximum weekly hours established by Section 207 of the FLSA, without compensating Plaintiff for work

performed in excess of the above-described hours at rates not less than one and one-half times Plaintiff's regular rates of pay.

WHEREFORE, Plaintiff demands:

1. That Defendant COUNTY OF FRESNO by required to pay to the Plaintiff unpaid overtime compensation found due as a result of Defendant's violation of Section 207 of the FLSA, plus an additional equal amount as liquidated damages;

2. That Defendant COUNTY OF FRESNO be required to pay Plaintiff reasonable attorney's fees, costs of this action and both pre-judgment and post-judgment interest; and

3. That Plaintiff receive such further relief as is just and necessary.

Dated: June 28, 2013              CARROLL, BURDICK & McDONOUGH LLP

By  /s/ James W. Henderson, Jr.
James W. Henderson, Jr.
980 9th Street, Suite 380
Sacramento, California 95814
Telephone: (916) 446-5297
Email: jhenderson@cbmlaw.com

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure and Rule 201 of the Local Rules for the United States District Court for the Eastern District of California.

Dated: June 28, 2013              CARROLL, BURDICK & McDONOUGH LLP

By:  /s/ James W. Henderson, Jr.
James W. Henderson, Jr.
Attorneys for Plaintiff
EDANGEL FUENTEZ