McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael G. Woods, #58683
William H. Littlewood, #202877
5 River Park Place East
Fresno, California 93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| EDANGEL FUENTEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:13-CV-01003-LJO-SAB<br><br>**DEFENDANT COUNTY OF FRESNO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW Defendant COUNTY OF FRESNO and answers Plaintiff EDANGEL FUENTEZ's ("Plaintiff") Complaint on file herein by admitting, denying or alleging as follows:

1.      In answer to Paragraph 1 of Plaintiff's Complaint, to the extent it contains legal conclusions, no admission or denial is required. Except as so limited, COUNTY OF FRESNO admits that Plaintiff was employed by COUNTY OF FRESNO as a deputy sheriff at various times from August 7, 2004 but is no longer employed.

2.      In answer to Paragraph 2 of Plaintiff's Complaint, to the extent it contains legal conclusions, no admission or denial is required. Except as so limited, COUNTY OF FRESNO admits that Plaintiff was an opt-in plaintiff in the action entitled *Juan Espinoza et al. v. County of Fresno*, United States District Court for the Eastern District of California case number 1:07-CV-01145-OWW-SMS filed on August 7, 2007, and that Plaintiff was ordered dismissed from that case by Order of the

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

DEFENDANT COUNTY OF FRESNO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

1  Court dated March 15, 2013.  Except as so limited or expressly admitted above, COUNTY OF
2  FRESNO denies the remaining allegations contained in Paragraph 2 of the Complaint.

3      3.    In answer to Paragraph 3 of Plaintiff's Complaint, COUNTY OF FRESNO admits that
4  at all times material to this action COUNTY OF FRESNO was organized under the laws of the State
5  of California.

6      4.    In answer to Paragraph 4 of Plaintiff's Complaint, to the extent it contains legal
7  conclusions, no admission or denial is required.

8      5.    In answer to Paragraph 5 of Plaintiff's Complaint, to the extent it contains legal
9  conclusions, no admission or denial is required.

10      6.    In answer to Paragraph 6 of Plaintiff's Complaint, to the extent it contains legal
11  conclusions, no admission or denial is required.  As to the remaining allegations of Paragraph 6,
12  COUNTY OF FRESNO is without specific knowledge or information to admit or deny the allegations
13  contained therein and, therefore, denies same.

14      7.    In answer to Paragraph 7 of Plaintiff's Complaint, to the extent it contains legal
15  conclusions, no admission or denial is required.  As to the remaining allegations of Paragraph 7,
16  COUNTY OF FRESNO is without specific knowledge or information to admit or deny the allegations
17  contained therein and, therefore, denies same.

18      8.    In answer to Paragraph 8 of Plaintiffs' Complaint, to the extent it contains legal
19  conclusions, no admission or denial is required.  Except as so limited, COUNTY OF FRESNO denies
20  each and every remaining allegation contained therein.

21      9.    In answer to Paragraph 9 of Plaintiffs' Complaint, to the extent it contains legal
22  conclusions, no admission or denial is required.  Except as so limited, COUNTY OF FRESNO denies
23  each and every remaining allegation contained therein.

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
DEFENDANT COUNTY OF FRESNO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

10. As and for a First Affirmative Defense, Defendant COUNTY OF FRESNO asserts that Plaintiff's Complaint and each and every claim for relief therein stated, fails to state a claim upon which relief may be granted against Defendant COUNTY OF FRESNO.

### SECOND AFFIRMATIVE DEFENSE

11. As and for a Second Affirmative Defense, Defendant COUNTY OF FRESNO asserts that at all times mentioned herein, Defendant acted in good faith and with a reasonable belief as to the legalities of the things and matters attributed to Defendant COUNTY OF FRESNO, including, but not limited to, a good faith reasonable belief that Plaintiff has been, and continues to be, properly compensated for hours worked under the standards set forth under the Fair Labor Standards Act and the parties' collective bargaining agreement.

### THIRD AFFIRMATIVE DEFENSE

12. As and for a Third Affirmative Defense, Defendant COUNTY OF FRESNO asserts that Plaintiff's claims are barred, either in whole or in part, by the applicable statutes of limitations, including without limitation, 29 U.S.C. § 255(a).

### FOURTH AFFIRMATIVE DEFENSE

13. As and for a Fourth Affirmative Defense, Defendant COUNTY OF FRESNO asserts that it neither acted willfully nor with reckless disregard for its obligations under the Fair Labor Standards Act.

### FIFTH AFFIRMATIVE DEFENSE

14. As and for a Fifth Affirmative Defense, Defendant COUNTY OF FRESNO asserts that Plaintiff's claims are barred, either in whole or in part, by the customs and practices in place relative to compensation at all relevant times as established by the parties' collective bargaining agreements and their course of dealings.

### SIXTH AFFIRMATIVE DEFENSE

15. As an for a Sixth Affirmative Defense, Defendant COUNTY OF FRESNO asserts that Plaintiff's claims are barred, either in whole or in part, by the doctrine of waiver.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3
DEFENDANT COUNTY OF FRESNO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

### SEVENTH AFFIRMATIVE DEFENSE

16. As and for a Seventh Affirmative Defense, Defendant COUNTY OF FRESNO asserts that any and all preliminary and postliminary activities and/or conduct engaged in by Plaintiff was *de minimis* and, thus, noncompensable under the Fair Labor Standards Act.

### EIGHTH AFFIRMATIVE DEFENSE

17. As and for an Eighth Affirmative Defense, Defendant COUNTY OF FRESNO asserts that Plaintiffs' claims are barred, either in whole or in part, by the Portal-to-Portal Act, including without limitation 29 U.S.C. §§ 251-262.

### NINTH AFFIRMATIVE DEFENSE

18. As and for a Ninth Affirmative Defense, Defendant COUNTY OF FRESNO asserts that Plaintiff's claims are barred, either whole or in part, by the doctrine of laches.

### TENTH AFFIRMATIVE DEFENSE

19. As and for a Tenth Affirmative Defense, Defendant COUNTY OF FRESNO asserts that Plaintiff's claims are barred, either whole or in part, by the doctrine of unclean hands.

### RESERVATION OF AFFIRMATIVE DEFENSES

Defendant COUNTY OF FRESNO presently has insufficient knowledge or information upon which to form a belief whether it may have additional, yet unstated, affirmative defenses. Defendant COUNTY OF FRESNO, therefore, reserves the right to plead any additional and further affirmative defenses in the event that discovery indicates that additional affirmative defenses are appropriate.

WHEREFORE Defendant COUNTY OF FRESNO prays for judgment in its favor and against Plaintiff MANUEL FLORES as follows:

1. That the Complaint of Plaintiff against COUNTY OF FRESNO herein be dismissed;
2. That Plaintiff take nothing by reason of the Complaint;
3. That Plaintiff be granted no relief in this action;
4. That COUNTY OF FRESNO have judgment against Plaintiff;
5. That COUNTY OF FRESNO recover costs of suit incurred herein; and

/ / /

/ / /

6. For such other relief as the Court may deem just and proper.

Dated: August 7, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Michael G. Woods
Michael G. Woods
William H. Littlewood
Attorneys for Defendant County of Fresno

**DEMAND FOR JURY TRIAL**

Defendant COUNTY OF FRESNO hereby demands a trial by jury in the aforementioned action.

Dated: August 7, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Michael G. Woods
Michael G. Woods
William H. Littlewood
Attorneys for Defendant County of Fresno

29253-00211 2614484.1