James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street Suite, 380
Sacramento, CA 95814
Telephone: 916.446.5297
Facsimile: 916.448.5047
Email: gmessing@cbmlaw.com
jhenderson@cbmlaw.com

Attorneys for Plaintiff,
EDANGEL FUENTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDANGEL FUENTEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:13-CV-01003-LJO-GSA<br><br>**CONSENT TO JURISDICTION OF MAGISTRATE GARY S. AUSTIN** |

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned hereby voluntarily consents to have United Stated Magistrate Judge Gary S. Austin conduct all further proceedings in this case, including trial and entry of judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. This consent applies to Magistrate Judge Austin only and not as to any other United States Magistrate Judge.

Dated: August 19, 2013　　　　　CARROLL, BURDICK & McDONOUGH LLP


By　/s/ James W. Henderson, Jr.
　　James W. Henderson, Jr.
　　Attorneys for Plaintiff
　　EDANGEL FUENTEZ